NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
KIMBERLY SOKOLICH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Kimberly.Sokolich@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00136-APG-BNW |
| Plaintiff, | **Motion to Dismiss the Indictment Without Prejudice** |
| v. | |
| MARCO CEBREROS-OSUNA, | |
| Defendant | |

The Indictment in this case charges Defendants Marco Cebreros-Osana and Daniel Anguiano with violations of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2. On July 2, 2020, the Court released Cebreros-Osana from detention. Cebreros-Osana was transferred into the custody of U.S. Immigration and Customs Enforcement, which removed him from the country on July 27, 2020. Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment without prejudice as to only Cebreros-Osuna.

Respectfully submitted this 24th day of November, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Kimberly Sokolich*
KIMBERLY SOKOLICH
Assistant United States Attorney

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO CEBREROS-OSUNA,<br><br>Defendant. | Case No. 2:20-cr-00136-APG-BNW<br><br>**[Proposed]** Order Granting Motion to Dismiss the Indictment Without Prejudice |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant Marco Cebreros-Osana.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Kimberly Sokolich*
KIMBERLY SOKOLICH
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this __25th__ day of __November__, 2020.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE